**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **DANIEL FLORES, on Behalf of Himself and on Behalf of All Others Similarly Situated** § § § § | |
| **Plaintiff,** § § | **CIVIL ACTION NO. 1:21-CV-1185-RP** |
| **V.** § § | |
| **BJ'S RESTAURANTS, INC. and BJ'S RESTAURANT OPERATIONS COMPANY,** § § § § § | |
| **Defendants.** § | |

## JOINT STATUS REPORT

Plaintiff Daniel Flores, on behalf of himself and on behalf of all others similarly situated, (Plaintiffs) and Defendants BJ's Restaurants, Inc. and BJ's Restaurant Operations Company ("Defendants"), by and through their attorneys of record, hereby file this status report and respectfully state as follows.

I.

This lawsuit concerns a dispute under the Fair Labor Standards Act. Previously the Court stayed this matter so that Plaintiffs could pursue their claims against Defendants in arbitration.

Plaintiffs made a settlement offer to Defendants today. Defendants are currently evaluating the settlement offer made by Plaintiffs. The Parties believe that they may be able to resolve this case within 90 days. In the event that they are not able to settle this matter amongst themselves, the Parties will proceed with the arbitration.

Dated: May 31, 2024

Respectfully Submitted,

By: */s/ Don J. Foty*  
Don J. Foty  
DFoty@hftrialfirm.com  
Texas State Bar No. 24050022  
4409 Montrose Blvd, Suite 200  
Houston, TX 77006  
Telephone: (713) 523-0001  
Facsimile: (713) 523-1116  

ATTORNEY FOR PLAINTIFFS

By: */s/ David B. Jordan*  
Jennifer S. Harpole  
Littler Mendelson, P.C.  
1900 Sixteenth Street, Suite 800  
Denver, CO 80202  
Telephone:    303.629.6200  
Facsimile:    303.629.0200  
jharpole@littler.com

David B. Jordan  
Littler Mendelson, P.C.  
1301 McKinney Street, Suite 1900  
Houston, TX 77010-3031  
Telephone:    713.652.4784  
Facsimile:    713.583.2649  
DJordan@littler.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on May 31, 2024 a copy of the foregoing instrument was served upon all parties via the Court's ECF.

/s/ Don J. Foty  
Don J. Foty