IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL FLORES, *on behalf of himself and on behalf of all others similarly situated*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-1185-DII |
| BJ'S RESTAURANTS, INC. and BJ'S RESTAURANT OPERATIONS COMPANY, | § § § § | |
| Defendants. | § § | |

## ORDER

On December 16, 2024, the parties dismissed without prejudice all claims asserted by Plaintiff and each Opt-In Plaintiff in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 60). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on December 17, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE